

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00336-CV

IN RE KENT KADDATZ, Relator

§ Original Proceeding

§ 43rd District Court of Parker County, Texas

§ Trial Court No. CV23-0960

§ November 2, 2023

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order granting Oil Patch Group, Inc.'s Rule 202 petition and render an order denying the same. Writ will issue only if the trial court fails to comply.

It is further ordered that Real Party in Interest Oil Patch Group, Inc. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth